Filed 9/3/24  P. v. Villasana CA2/6

# NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>GUILLERMO ANTONIO VILLASANA III,<br><br>    Defendant and Appellant. | 2d Crim. No. B332109<br>(Super. Ct. No. 21F-04639)<br>(San Luis Obispo County) |

In 2021, Guillermo Antonio Villasana III went wine tasting in Paso Robles with J.R.  The two then had drinks in a hotel bar before going to dinner at a local restaurant.  After they began arguing at the restaurant, J.R. decided to walk back to the hotel. An upset Villasana arrived a few minutes after J.R. and punched her several times in the face.

A jury convicted Villasana of domestic violence.  (Pen. Code, § 273.5, subd. (a).)  The trial court suspended imposition of sentence and placed Villasana on three years of formal probation. It also ordered him to serve 364 days in county jail.

We appointed counsel to represent Villasana in this appeal. After counsel examined the record, he filed an opening brief that raises no arguable issues. On July 31, 2024, we advised Villasana that he had until August 23, 2024, to submit any contentions or issues he wished us to consider. We have not received a response.

We have reviewed the entire record and are satisfied that Villasana's attorney fully complied with his responsibilities and that no arguable issue exists. (*People v. Wende* (1979) 25 Cal.3d 436, 441.)

The judgment is affirmed.

<u>NOT TO BE PUBLISHED.</u>

BALTODANO, J.

We concur:

YEGAN, Acting P. J.

CODY, J.

2

Jacquelyn H. Duffy, Judge

Superior Court County of San Luis Obispo

_____

Micah Reyner, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.